IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BRIAN O'HAGAN                                                                PETITIONER

V.                                  NO. 11-5045

STATE OF ARKANSAS                                                      RESPONDENT

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Now before the Court is Petitioner's request to withdraw his 28 U.S.C. § 2254 petition and to "allow me to resubmit later if needed." (Doc. 7). For good cause shown, the Court recommends that the motion be granted and that Petitioner's § 2254 petition be dismissed without prejudice.

**The parties have fourteen days from receipt our this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

IT IS SO ORDERED this 29th day of March, 2011.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)