```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

BRIAN O'HAGAN                                                PLAINTIFF

      v.        Civil No. 11-5045

STATE OF ARKANSAS                                            DEFENDANT

<u>O R D E R</u>

Now on this 25th day of April, 2011, come on for consideration plaintiff's **Motion To Dismiss** (document #7) and the **Magistrate Judge's Report And Recommendation** (document #8), and the Court, having reviewed the Report And Recommendation, finds that it is sound in all respects, and it is hereby **adopted in toto.**

**IT IS THEREFORE ORDERED** that plaintiff's **Motion To Dismiss** (document #7) is **granted,** and this matter is **dismissed without prejudice.**

**IT IS SO ORDERED.**

                                        /s/ Jimm Larry Hendren
                                        **JIMM LARRY HENDREN**
                                        **UNITED STATES DISTRICT JUDGE**